7jgmtwoh (7/15)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Denise K Jarvis −−−ABOVE MED−−−
*Debtor*

*Bankruptcy Case No.*
15−60760−abf13

**Richard Fink**
    Plaintiff(s)

*Adversary Case No.*
15−06046−abf

v.

**Lyle Reed**
    Defendant(s)

## JUDGMENT

    The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: That judgment by Default is hereby entered in favor of the Plaintiff, Richard V. Fink, Chapter 13 Trustee and against Defendant, Lyle D. Reed on the Trustee's Complaint to avoid Preferential Transfer.

                                          PAIGE WYMORE−WYNN
                                          Acting Court Executive

                                          By: /s/ Sharon Greene
                                                 Deputy Clerk

Date of issuance: 1/13/16

Court to serve